# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DONNA M. LEAHY-RIDENOUR  
2432 ASPEN DRIVE  
WOODSTOCK, IL 60098  

SSN-xxx-xx-1637

Case Number: 05-74694

Case filed on: 9/8/2005  
Plan Confirmed on: 11/18/2005  

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $5,734.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY SCOTT A BENTLEY | 1,100.00 | 1,100.00 | 1,100.00 | 0.00 |
|  | Total Legal | 1,100.00 | 1,100.00 | 1,100.00 | 0.00 |
| 008 | ICS COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | NCB MANAGEMENT SERVICES INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | BUCHALTER, NEMER A PROFESSIONAL CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DONNA M. LEAHY-RIDENOUR | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DONNA M. LEAHY-RIDENOUR | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMC MORTGAGE SERVICES INC | 7,709.33 | 1,299.97 | 1,299.97 | 0.00 |
| 002 | CHASE AUTO FINANCE CORP | 14,000.00 | 14,000.00 | 1,808.09 | 1,187.34 |
|  | Total Secured | 21,709.33 | 15,299.97 | 3,108.06 | 1,187.34 |
| 002 | CHASE AUTO FINANCE CORP | 4,715.23 | 4,715.23 | 0.00 | 0.00 |
| 003 | MICHAEL C. POPER, PC | 4,966.69 | 4,966.69 | 0.00 | 0.00 |
| 004 | CHASE BANK USA NA | 1,159.04 | 1,159.04 | 0.00 | 0.00 |
| 005 | LVNV FUNDING LLC | 2,337.16 | 2,337.16 | 0.00 | 0.00 |
| 006 | CORNERSTONE CARE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ATTORNEY CYNTHIA J BRISCOE | 12,505.07 | 12,505.07 | 0.00 | 0.00 |
| 009 | MHS PHYSICIANS SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 4,940.04 | 4,940.04 | 0.00 | 0.00 |
| 013 | DISCOVER FINANCIAL SERVICES | 4,165.23 | 4,165.23 | 0.00 | 0.00 |
| 014 | ATTORNEY CYNTHIA J BRISCOE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 34,788.46 | 34,788.46 | 0.00 | 0.00 |
|  | Grand Total: | 57,597.79 | 51,188.43 | 4,208.06 | 1,187.34 |

Total Paid Claimant:   $5,395.40  
Trustee Allowance:     $338.60  
Percent Paid Unsecured:   0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 04/25/2007            By  /s/Heather M. Fagan